UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Yadyra Malene Brown**                     Docket No. 5:16-CR-251-5FL

**Petition for Action on Supervised Release**

COMES NOW Julie W. Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Yadyra Malene Brown, who, upon an earlier plea of guilty to Conspiracy to Commit Sex Trafficking of a Minor, in violation of 18 U.S.C. § 1591(a)(1) and 18 U.S.C. § 1594(c), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 24, 2017, to the custody of the Bureau of Prisons for a term of 43 months. On February 26, 2018, her sentence was reduced to 38 months pursuant to a sealed order amending judgment. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Yadyra Malene Brown was released from custody on June 11, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Consistent with the supervision of offenders subject to the North Carolina Sex Offender Registry Requirements, an evaluation is necessary to determine the appropriateness of additional sex offender specific treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                            is true and correct.


/s/ Michael C. Brittain                     /s/ Julie W. Rosa
Michael C. Brittain                          Julie W. Rosa
Supervising U.S. Probation Officer           Senior U.S. Probation Officer
                                            310 New Bern Avenue, Room 610
                                            Raleigh, NC 27601-1441
                                            Phone: 919-861-8675
                                            Executed On: June 18, 2019

**Yadyra Malene Brown**
**Docket No. 5:16-CR-251-5FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___19th___ day of _____June_____, 2019, and ordered filed and made a part of the records in the above case.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge